**UNITED STATES of America,**
**Appellee,**

v.

**Anthony James SMITH, Appellant.**

No. 06–3085.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 6, 2007.

Filed: June 22, 2007.

Charles J. Williams, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

John P. Messina, Assistant Federal Public Defender, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Anthony James Smith, Three Rivers, TX, pro se.

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Anthony James Smith appeals the within-advisory-Guidelines-range sentence of 324 months in prison and 4 years of supervised release that the district court[1] im-

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

posed at resentencing after this court remanded the case in light of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw, and Smith has filed a pro se supplemental brief. For the reasons discussed below, we affirm.

With or without the presumption of reasonableness that attaches to a sentence within the advisory Guidelines range, Smith has not shown that the district court based the sentence on an improper or irrelevant factor or failed to consider a relevant factor under 18 U.S.C. § 3553(a). *See United States v. Lincoln*, 413 F.3d 716, 717–18 (8th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 840, 163 L.Ed.2d 715 (2005).

After reviewing the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), as well as considering Smith's pro se supplemental brief, we conclude that there are no non-frivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.